# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CESAR CONTRERAS ARMAS,<br><br>        Petitioner,<br><br>   v.<br><br>R. BAKER, et al.,<br><br>        Respondents. | Case No. 3:18-cv-00387-HDM-WGC<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 10), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 10) is **GRANTED**. Petitioner will have through August 13, 2019, to file and serve an amended petition.

DATED: July 17, 2019.

_____
HOWARD D. MCKIBBEN
United States District Judge