# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CESAR CONTRERAS ARMAS,<br><br>        Petitioner,<br><br>   v.<br><br>R. BAKER, et al.,<br><br>        Respondents. | Case No. 3:18-cv-00387-HDM-WGC<br><br>**ORDER** |

On September 9, 2019, the court granted the petitioner leave to file a second amended petition upon the reopening of this case. In its order of October 7, 2020 (ECF No. 25), which reopened this case, the court did not set a deadline for the filing of a second amended petition.

IT IS THEREFORE ORDERED that the petitioner shall have until December 7, 2020, to file a second amended petition, and the respondents shall file an answer to the second amended petition within 60 days of service of that petition. All other terms of the court's October 7, 2020, order, to the extent they do not conflict with this order, remain in effect.

IT IS SO ORDERED.

DATED: October 7, 2020

*Howard D. McKibben*

HOWARD D. MCKIBBEN
United States District Judge