UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CESAR CONTRERAS-ARMAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RENEE. BAKER, et al.,<br><br>　　　　Respondents. | Case No. 3:18-cv-00387-HDM-WGC<br><br>**ORDER** |

　　Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 31), and good cause appearing;

　　IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 31) is **GRANTED**.  Respondents will have up to and including May 6, 2021, to file a response to the second amended petition (ECF No. 28).

　　DATED: April 19, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HOWARD D. MCKIBBEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge