# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CESAR CONTRERAS-ARMAS, | Case No. 3:18-cv-00387-HDM-WGC |
| Petitioner, | **ORDER** |
| v. | |
| RENEE. BAKER, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (third request) (ECF No. 33), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (third request) (ECF No. 33) is **GRANTED**. Respondents will have up to and including May 13, 2021, to file a response to the second amended petition (ECF No. 28).

DATED: May 10, 2021

_____
HOWARD D. MCKIBBEN
United States District Judge