UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CESAR CONTRERAS-ARMAS,

    Petitioner,

    v.

RENEE. BAKER, et al.,

    Respondents.

Case No. 3:18-cv-00387-HDM-WGC

**ORDER**

Petitioner has filed an unopposed motion for extension of time (first request). ECF No. 44. Good cause exists to grant the motion.

Respondents have filed a motion for leave to file exhibit under seal. ECF No. 42. The exhibit in question is the presentence investigation report, which contains confidential information that might be misused. Compelling reasons exist to grant respondents' motion. See Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006).

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 44) is **GRANTED**. Petitioner will have up to and including June 25, 2021, to file a response to the motion to dismiss (ECF No. 35).

///

///

///

IT FURTHER IS ORDERED that respondents' motion for leave to file exhibit under seal (ECF No. 42) is **GRANTED**.

DATED: May 27, 2021

_____
HOWARD D. MCKIBBEN
United States District Judge