**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CESAR CONTRERAS-ARMAS,<br><br>Petitioner,<br><br>v.<br><br>RENEE. BAKER, et al.,<br><br>Respondents. | Case No. 3:18-cv-00387-HDM-WGC<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 51), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 51) is **GRANTED**.  Respondents will have up to and including August 23, 2021, to file a reply in support of the motion to dismiss (ECF No. 35).

DATED: August 11, 2021

_____
HOWARD D. MCKIBBEN
United States District Judge