**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CESAR CONTRERAS-ARMAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RENEE. BAKER, et al.,<br><br>　　　　　Respondents. | Case No. 3:18-cv-00387-HDM-WGC<br><br>**ORDER** |

　　　Respondents having filed an unopposed motion for enlargement of time (fourth request) (ECF No. 55), and good cause appearing;

　　　IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (fourth request) (ECF No. 55) is **GRANTED**.  Respondents will have up to and including September 7, 2021, to file a reply in support of the motion to dismiss (ECF No. 35).

　　　DATED: September 7, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD D. MCKIBBEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge