**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CESAR CONTRERAS-ARMAS, | Case No. 3:18-cv-00387-HDM-WGC |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 64), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 64) is **GRANTED**.  Respondents will have up to and including April 25, 2022, to file an answer to the second amended petition.

DATED: March 1, 2022

_Howard D. McKibben_
HOWARD D. MCKIBBEN
United States District Judge