# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CESAR CONTRERAS-ARMAS,

Petitioner,

v.

RENEE BAKER, et al.,

Respondents.

Case No. 3:18-cv-00387-HDM-CSD

**ORDER**

Respondents having filed an unopposed motion for extension of time (third request) (ECF No. 68), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' unopposed motion for extension of time (third request) (ECF No. 68) is **GRANTED**. Respondents will have up to and including June 24, 2022, to file an answer to the second amended petition.

Dated: May 26, 2022

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE