# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CESAR CONTRERAS-ARMAS, | Case No. 3:18-cv-00387-HDM-CDS |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (fifth request) (ECF No. 72), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' unopposed motion for extension of time (fifth request) (ECF No. 72) is **GRANTED**. Respondents will have up to and including August 15, 2022, to file an answer to the second amended petition.

Dated: July 26, 2022

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE