**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CESAR CONTRERAS-ARMAS, | Case No. 3:18-cv-00387-HDM-CSD |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (sixth request) (ECF No. 74), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' unopposed motion for extension of time (sixth request) (ECF No. 74) is **GRANTED**. Respondents will have up to and including August 29, 2022, to file an answer to the second amended petition. Absent extraordinary circumstances, no further extensions of this deadline will be granted.

Dated: August 17, 2022

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE