**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CESAR CONTRERAS-ARMAS, | Case No. 3:18-cv-00387-HDM-CDS |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

This habeas matter comes before this Court on Respondents' motions for extension of time to file an answer to Petitioner's second amended petition. (ECF Nos. 76, 77.) Respondents previously requested six extensions of this deadline. (ECF Nos. 64, 66, 68, 70, 72, 74.) Although this Court found good cause to grant each extension, following the granting of the sixth extension, it warned that no further extensions would be granted "[a]bsent extraordinary circumstances." (ECF No. 75.) Respondents' answer was due on August 29, 2022. (*Id.*) On August 29, 2022, Respondents moved for a 2-day extension, up to and including August 31, 2022, to file their answer. (ECF No. 76.) On September 1, 2022, Respondents filed an unopposed *nunc pro tunc* extension of time request, explaining that they mistakenly believed the answer had been filed the previous day. (ECF No. 77). Respondents simultaneously filed their answer. (ECF Nos. 78 & 79.) The Court finds good cause to grant the motions.

IT IS THEREFORE ORDERED that Respondents' motion to extend time (seventh request) and unopposed motion to extend time (eighth request) (ECF Nos. 76, 77) are **GRANTED**.

Respondents' answer has been properly filed, and Petitioner has 30 days to file a reply in compliance with this Court's previous order (ECF No. 61).

Dated: September 2, 2022

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

2